# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA ANN LONGORIA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, acting as Commissioner of Social Security,<br><br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2)<br><br>CASE NUMBER: 1:19-cv-00014-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is DENIED because application to proceed without paying fees or costs indicates that Plaintiff's household income is sufficient to support payment of filing fee.

IT IS SO ORDERED.

Dated:  **January 7, 2019**          /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE