1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   BERTHA ANN LONGORIA,                    No. 1:19-cv-00014-GSA

12                    Petitioner,

13        v.                                 **ORDER TO STRIKE ORDER
                                             DENYING APPLICATION TO
14   NANCY A. BERRYHILL, Acting              PROCEED *IN FORMA PAUPERIS***
     Commissioner of Social Security,
15

16                    Respondent.           **(Doc. 3)**

17

18        On January 7, 2019, the Magistrate Judge assigned to this case issued an order denying

19   Plaintiff's motion to proceed *in forma pauperis*. Doc. 3. In the absence of the parties' consent,

20   the judge lacked jurisdiction to issue a final order in this case.

21        Accordingly, the Court hereby STRIKES the order denying Plaintiff's application to

22   proceed *in forma pauperis* (Doc. 3).

23

24

25   IT IS SO ORDERED.

26   Dated:   __January 23, 2019__          _____/s/ Gary S. Austin_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28                                          1