UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA ANN LONGORIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILILO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:19-cv-00014-GSA<br><br>**ORDER VACATING JUDGMENT, DIRECTING ENTRY OF NEW JUDGMENT, AND REMANDING TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER PROCEEDINGS** |

This matter is on remand from the Ninth Circuit Court of Appeals with instructions to vacate this Court's judgment and remand to the Commissioner of Social Security for further proceedings. Doc. 27. The Ninth Circuit's order reflects that it constitutes the mandate in this case.

Accordingly, it is ordered as follows:

- The Judgment dated June 29, 2020 (Doc. 21) is **VACATED.**
- This matter is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
- The Clerk of Court is **DIRECTED** to administratively close the case.

IT IS SO ORDERED.

Dated:   **August 19, 2021**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE